# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-70003

GILMAR ALEXANDER GUEVARA,

    Petitioner - Appellant

v.

WILLIAM STEPHENS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Respondent - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Houston

O R D E R:

    IT IS ORDERED that appellant's unopposed motion for leave to amend the application for certificate of appealability is *GRANTED*

                                            CARL E. STEWART
                                            CHIEF JUDGE