# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 11, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-70003 - Gilmar Guevara v. William Stephens, Director
    USDC No. 4:08-CV-1604

Enclosed is an order entered in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Monica R. Washington, Deputy Clerk
                  504-310-7705

Mr. Thomas S. Berg
Ms. Katherine Diane Hayes
Mr. Lee Benjamin Kovarsky

P.S. to Appellant's Counsel: Your supplemental application for certificate of appealability is due July 11, 2013.